Gaston Kroub, Esq.
Zachary Silbersher, Esq.
Sergey Kolmykov, Esq.



305 Broadway, 7th Fl.
New York, NY 10007
212.323.7442
www.kskiplaw.com
gkroub@kskiplaw.com

## KROUB, SILBERSHER & KOLMYKOV PLLC

---

**VIA ECF**

February 19, 2020

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Conference Adjourned*
From: Feb 27, 2020
To: March 26, 2020 at 10:45 a.m.
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 2-19-20

Re:   *Vida Sense Innovation Ltd. v. Curtis International Ltd.*
      Civil Action No. 19-cv-11893 (PKC)

Dear Judge Castel:

Pursuant to Rule 1.B. of Your Honor's Individual Practices, we respectfully request a thirty (30) day adjournment of the Initial Conference, which is currently scheduled for February 27, 2020 at 10:45 a.m. as per this Court's Order for an Initial Pretrial Conference. (D.E. 11). Defendant Curtis is located in Canada, with no apparent U.S. office. Vida Sense is working with a Canadian process server that has successfully effectuated service on Curtis in a recent patent dispute filed in Texas. Vida Sense expects that service will be completed in short order.

Regarding consent to this request, Defendant has not responded to any of Vida Sense's communications to date. Those communications include Vida Sense's emailing of the filed complaint and related documents to the active email account of at least one Curtis executive, as well as a second email enclosing this Court's Order setting the Initial Conference.

The proposed extension date is March 26, 2020. This is the first request for an adjournment in this case. There are no other scheduled dates that will be affected by this request for an adjournment. Neither Defendant nor any counsel chosen by Defendant have responded to Vida Sense's communications to date.

We thank the Court for its attention and courtesy, and we are at the Court's convenience if there should be any questions.

Respectfully submitted,

/s/ Gaston Kroub
Gaston Kroub
KROUB SILBERSHER & KOLMYKOV PLLC

*Attorneys for Plaintiff, Vida Sense Innovation, Ltd.*